**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00880-CR

**TRAVARUS ANTWAUN SHEAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-55887-W**

## ORDER

The State's motion to extend the time to file brief is **GRANTED** and the brief tendered

on September 16, 2014 is **ORDERED** filed.

/s/     MICHAEL J. O'NEILL
         JUSTICE